UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE E. TAYLOR,

    Plaintiff,

v.   CASE NO: 8:04-cv-2782-T-23EAJ

CSX TRANSPORTATION, INC,

    Defendant.
_____/

## **ORDER**

    The plaintiff submits a motion *in limine* (Doc. 36) addressing nine different issues. Local Rule 3.01(g) requires that "the moving party confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion." The plaintiff's failure to consult the defendant results in the waste of both private litigation resources and public judicial resources. Accordingly, the plaintiff's motion *in limine* (Doc. 36) is **DENIED WITHOUT PREJUDICE** for failure to comply with the Local Rules. The parties are directed to confer in a good faith effort to resolve any remaining evidentiary disputes addressed by the plaintiff's motion *in limine*. After the conference and if evidentiary disputes remain, either party may submit motions *in limine*.

    ORDERED in Tampa, Florida, on September 14, 2006.

                                                               STEVEN D. MERRYDAY
                                                              UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge